IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
NOV 06 2018
Clerk, U.S District Court
District Of Montana
Missoula

| In the Matter of the Search of: | MJ 18-61-M-JCL |
|---|---|
| 1526 Laurel Street, Helena, Montana 59601 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 6th day of November, 2018.

Jeremiah C. Lynch
United States Magistrate Judge